**Fill in this information to identify the case:**

United States Bankruptcy Court for the: Eastern District of New York (State)

Case number (If known): ______ Chapter 7

☐ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual

12/15

**Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).**

## Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

**1. Chapter of the Bankruptcy Code**

*Check one:*

☑ Chapter 7

☐ Chapter 11

## Part 2: Identify the Debtor

**2. Debtor's name**

Madwell LLC

**3. Other names you know the debtor has used in the last 8 years**

Include any assumed names, trade names, or *doing business as* names.

Starfish Projects

**4. Debtor's federal Employer Identification Number (EIN)**

☐ Unknown

27-2776962
EIN

**5. Debtor's address**

**Principal place of business**

65 Porter Avenue
Number Street

Brooklyn NY 11237
City State ZIP Code

Kings
County

**Mailing address, if different**

Number Street

P.O. Box

City State ZIP Code

**Location of principal assets, if different from principal place of business**

Number Street

City State ZIP Code

Debtor Madwell LLC
Name

Case number (if known) ____________________

**6. Debtor's website (URL)** https://www.madwell.com/

**7. Type of debtor**

- ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
- ☐ Partnership (excluding LLP)
- ☐ Other type of debtor. Specify: ____________________

**8. Type of debtor's business**

*Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☑ None of the types of business listed.
- ☐ Unknown type of business.

**9. To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**

- ☑ No
- ☐ Yes. Debtor ____________________ Relationship ____________________

District ____________________ Date filed ____________ MM / DD / YYYY Case number, if known ____________

Debtor ____________________ Relationship ____________________

District ____________________ Date filed ____________ MM / DD / YYYY Case number, if known ____________

## Part 3: Report About the Case

**10. Venue**

*Check one:*

- ☑ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

**11. Allegations**

Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).
The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

*At least one box must be checked*:

- ☑ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.
- ☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

**12. Has there been a transfer of any claim against the debtor by or to any petitioner?**

- ☑ No
- ☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

**13. Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Laundry Design LLC | Services rendered | $ 213,010.00 |
| Freelunch Forever LLC | Services rendered | $ 10,149.10 |
| Kruh in Vino, Storitvene Dejavnosti, D.O.O. | Services rendered | $ 50,000.00 |
| Hiteny S.A. | Services rendered | $ 213,650.00 |
| Coupe Studios Music & Sound Design, LLC | Services rendered | $ 59,050.00 |
| Naujelis Enterprises Inc. | Services rendered | $ 18,000.00 |
| | Total of petitioners' claims | $ 563,859.10 |

**If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.**

## Part 4: Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

**Name and mailing address of petitioner**

Laundry Design LLC
Name

4079 Redwood Avenue, Suite A
Number Street

Los Angeles CA 90066
City State ZIP Code

**Name and mailing address of petitioner's representative, if any**

Troy Moore, Executive Director
Name

4079 Redwood Avenue, Suite A
Number Street

Los Angeles 90066
City State ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 10/24/2025
MM / DD / YYYY

✘ [signature]
Signature of petitioner or representative, including representative's title

**Attorneys**

Zachary E. Mazur, Esq.
Printed name

Sarachek Law Firm
Firm name, if any

670 White Plains Rd., Fl. PH
Number Street

Scarsdale NY 10583
City State ZIP Code

Contact phone 6465194396 Email zachary@saracheklawfirm.com

Bar number 5706726

State NY

✘ [signature]
Signature of attorney

Date signed 10/27/25
MM / DD / YYYY

Debtor Madwell LLC
Name

Case number (if known) ______

**Name and mailing address of petitioner**

Freelunch Forever LLC
Name

23-24 Crescent Ave
Number Street

Astoria | NY | 11105
City | State | ZIP Code

**Name and mailing address of petitioner's representative, if any**

Kyle McGuiness, Director
Name

23-24 Crescent Ave
Number Street

Astoria | NY | 11105
City | State | ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 10 24 2025
MM / DD / YYYY

✗ [signature]
Signature of petitioner or representative, including representative's title

Zachary E. Mazur, Esq.
Printed name

Sarachek Law Firm
Firm name, if any

670 White Plains Rd., Fl. PH
Number Street

Scarsdale | NY | 10583
City | State | ZIP Code

Contact phone 6465194396 Email zachary@saracheklawfirm.com

Bar number 5706726

State NY

✗ [signature]
Signature of attorney

Date signed 10 / 27 / 2025
MM / DD / YYYY

**Name and mailing address of petitioner**

______
Name

______
Number Street

______ ______ ______
City State ZIP Code

**Name and mailing address of petitioner's representative, if any**

______
Name

______
Number Street

______ ______ ______
City State ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ______
MM / DD / YYYY

✗ ______
Signature of petitioner or representative, including representative's title

______
Printed name

______
Firm name, if any

______
Number Street

______ ______ ______
City State ZIP Code

Contact phone ______ Email ______

Bar number ______

State ______

✗ ______
Signature of attorney

Date signed ______
MM / DD / YYYY

Debtor Madwell LLC
Name

Case number (if known) ____________

Name and mailing address of petitioner

Kruh in Vino, Storitvene Dejavnosti, D.O.O.
Name

Dunajska cesta 159
Number Street

Ljubljana | Slovenia | 1000
City | State | ZIP Code

Name and mailing address of petitioner's representative, if any

Sophya Huzbasic, CEO
Name

Dunajska cesta 159
Number Street

Ljubljana | Slovenia | 1000
City | State | ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 10.21.2025
MM / DD / YYYY

✘ [signature]
Signature of petitioner or representative, including representative's title

Kruh in Vino d.o.o. LJUBLJANA

Zachary E. Mazur, Esq.
Printed name

Sarachek Law Firm
Firm name, if any

670 White Plains Rd., Fl. PH
Number Street

Scarsdale | NY | 10583
City | State | ZIP Code

Contact phone 6465194396 Email zachary@saracheklawfirm.com

Bar number 5706726

State NY

✘ [signature]
Signature of attorney

Date signed 10/27/2025
MM / DD / YYYY

Name and mailing address of petitioner

____________
Name

____________
Number Street

____________ State ____ ZIP Code ____
City

Name and mailing address of petitioner's representative, if any

____________
Name

____________
Number Street

____________ State ____ ZIP Code ____
City

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ____________
MM / DD / YYYY

✘ ____________
Signature of petitioner or representative, including representative's title

____________
Printed name

____________
Firm name, if any

____________
Number Street

____________ State ____ ZIP Code ____
City

Contact phone ____________ Email ____________

Bar number ____________

State ____________

✘ ____________
Signature of attorney

Date signed ____________
MM / DD / YYYY

Debtor Madwell LLC Case number (if known) ______
Name

Name and mailing address of petitioner

Hiteny S.A
Name

Viña del mar 6765
Number Street

Montevideo | Uruguay | 11500
City | State | ZIP Code

Name and mailing address of petitioner's representative, if any

Fernando Pitta, Legal Representative
Name

Viña del mar 6765
Number Street

Montevideo | Uruguay | 11500
City | State | ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 10/24/2025
MM / DD / YYYY

✘ [signature] EXECUTIVE PRODUCER
Signature of petitioner or representative, including representative's title

Zachary E. Mazur, Esq.
Printed name

Sarachek Law Firm
Firm name, if any

670 White Plains Rd., Fl. PH
Number Street

Scarsdale | NY | 10583
City | State | ZIP Code

Contact phone 6465194396 Email zachary@saracheklawfirm.com

Bar number 5706726

State NY

✘ [signature]
Signature of attorney

Date signed 10/27/25
MM / DD / YYYY

Name and mailing address of petitioner

______
Name

______
Number Street

______ | ______ | ______
City | State | ZIP Code

Name and mailing address of petitioner's representative, if any

______
Name

______
Number Street

______ | ______ | ______
City | State | ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ______
MM / DD / YYYY

✘ ______
Signature of petitioner or representative, including representative's title

______
Printed name

______
Firm name, if any

______
Number Street

______ | ______ | ______
City | State | ZIP Code

Contact phone ______ Email ______

Bar number ______

State ______

✘ ______
Signature of attorney

Date signed ______
MM / DD / YYYY

**Name and mailing address of petitioner**

Coupe Studios Music & Sound Design, LLC
Name

4780 Sterling Drive
Number Street

Boulder | CO | 80301
City | State | ZIP Code

**Name and mailing address of petitioner's representative, if any**

Aaron J. Lasko, Partner
Name

4780 Sterling Drive
Number Street

Boulder | CO | 80301
City | State | ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 10/24/2025
MM / DD / YYYY

✘ [signature], Partner
Signature of petitioner or representative, including representative's title

Zachary E. Mazur, Esq.
Printed name

Sarachek Law Firm
Firm name, if any

670 White Plains Rd., Fl. PH
Number Street

Scarsdale | NY | 10583
City | State | ZIP Code

Contact phone 6465194396 Email zachary@saracheklawfirm.com

Bar number 5706726

State NY

✘ [signature]
Signature of attorney

Date signed 10/27/25
MM / DD / YYYY

**Name and mailing address of petitioner**

______
Name

______
Number Street

______
City State ZIP Code

**Name and mailing address of petitioner's representative, if any**

______
Name

______
Number Street

______
City State ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ______
MM / DD / YYYY

✘ ______
Signature of petitioner or representative, including representative's title

______
Printed name

______
Firm name, if any

______
Number Street

______
City State ZIP Code

Contact phone ______ Email ______

Bar number ______

State ______

✘ ______
Signature of attorney

Date signed ______
MM / DD / YYYY

Debtor Madwell LLC
Name

Case number (if known) ____________

**Name and mailing address of petitioner**

Naujelis Enterprises Inc.
Name

2921 Lyons Road, Unit #2
Number Street

Austin | TX | 78702
City | State | ZIP Code

**Name and mailing address of petitioner's representative, if any**

Brian Naujelis, President
Name

2921 Lyons Road, Unit #2
Number Street

Austin | TX | 78702
City | State | ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 10/24/2025
MM / DD / YYYY

✘ [signature]
Signature of petitioner or representative, including representative's title

Zachary E. Mazur, Esq.
Printed name

Sarachek Law Firm
Firm name, if any

670 White Plains Rd., Fl. PH
Number Street

Scarsdale | NY | 10583
City | State | ZIP Code

Contact phone 6465194396 Email zachary@saracheklawfirm.com

Bar number 5706726

State NY

✘ [signature]
Signature of attorney

Date signed 10/27/25
MM / DD / YYYY

**Name and mailing address of petitioner**

____________
Name

____________
Number Street

____________ ____________ ____________
City State ZIP Code

**Name and mailing address of petitioner's representative, if any**

____________
Name

____________
Number Street

____________ ____________ ____________
City State ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ____________
MM / DD / YYYY

✘ ____________
Signature of petitioner or representative, including representative's title

____________
Printed name

____________
Firm name, if any

____________
Number Street

____________ ____________ ____________
City State ZIP Code

Contact phone ____________ Email ____________

Bar number ____________

State ____________

✘ ____________
Signature of attorney

Date signed ____________
MM / DD / YYYY