**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

In re:

**MADWELL LLC,**

Alleged Debtor.

Involuntary Chapter 7

Case No. 1-25-45169-ess

**ORDER DENYING ALLEGED DEBTOR'S MOTION TO DISMISS INVOLUNTARY CHAPTER 7 PETITION**

WHEREAS, on October 27, 2025, Laundry Design LLC, Freelunch Forever LLC, Kruh in Vino, Storitvene Dejavnosti, D.O.O., Hiteny S.A., Coupe Studios Music & Sound Design, LLC, and Naujelis Enterprises Inc. filed an involuntary petition for relief under Chapter 7 of the Bankruptcy Code against Madwell LLC (the "Alleged Debtor") [ECF No. 1] (the "Petition"); and

WHEREAS, DMB USA LLC, Knock It Out Records LLC, and XNC Incorporated joined in the Petition on December 17, 2025 [ECF Nos. 19, 20, 21], and Lagland LLC joined in the Petition on January 26, 2026 [ECF No. 28] (together with the original petitioners, the "Petitioning Creditors"); and

WHEREAS, on December 19, 2025, the Alleged Debtor filed its Opposition to Involuntary Chapter 7 Petition, Motion to Dismiss, and Request for Discovery [ECF No. 23] (the "Motion"), together with the Declaration of Robert Delgado [ECF No. 24] and the Declaration of Christopher B. Harwood [ECF No. 25]; and

WHEREAS, on January 29, 2026, the Petitioning Creditors filed their opposition to the Motion [ECF No. 29], together with the affirmation of Zachary E. Mazur [ECF No. 30] and the affirmations of their respective principals [ECF Nos. 31 through 36]; and

WHEREAS, on February 13, 2026, creditor Bank of America, N.A. filed a statement with respect to the Motion [ECF No. 37], and the Alleged Debtor filed a reply in further support of the

Motion [ECF No. 38], together with the Reply Declaration of Christopher B. Harwood [ECF No. 39]; and

WHEREAS, on November 10, 2026, the Court held a hearing on the Motion (the "Hearing"),[1] at which Robert B. Lower, Esq., appeared on behalf of the Alleged Debtor; Zachary E. Mazur, Esq., appeared on behalf of the Petitioning Creditors; J. Alex Kress, Esq., appeared on behalf of Bank of America, N.A.; and Troy Moore, Ryan Nach, and Brian Naujelis appeared on behalf of Petitioning Creditors Laundry Design LLC, Knock It Out Records LLC, and Naujelis Enterprises Inc., respectively; and

WHEREAS, at the Hearing, for the reasons stated on the record, the Court found and concluded that the Petitioning Creditors have satisfied the requirements of Bankruptcy Code Section 303(b), that the requirements of Bankruptcy Code Section 303(h) have been met, that the Petition was not filed in bad faith, that ***abstention***~~dismissal or suspension of this case~~ under Bankruptcy Code Section 305(a)(1) is not warranted, and that cause does not exist to dismiss this case under Bankruptcy Code Section 707(a); and

WHEREAS, the Court has considered the Motion, the papers filed in support of and in opposition to the Motion, and the arguments of counsel and the parties at the Hearing, and the entire record of this case, and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED, that for the reasons stated on the record at the Hearing, the Motion is denied; and it is further

[1] The hearing on the Motion was first held on February 17, 2026, and was adjourned to March 24, 2026. The hearing was thereafter adjourned, on consent, to June 23, 2026 [ECF No. 41], to August 11, 2026 [ECF No. 42], and to September 15, 2026 [ECF No. 47]. At a conference held on September 15, 2026, the Court scheduled the Hearing for November 10, 2026 [*see* ECF No. 49].

ORDERED, that an order for relief under Chapter 7 of the Bankruptcy Code shall be entered against Madwell LLC by separate order.

Submitted by:

SARACHEK LAW FIRM
/s/ Zachary E. Mazur
Zachary E. Mazur
81 Main Street, Suite 501
White Plains, New York 10601
(646) 517-5420
zachary@saracheklawfirm.com
*Counsel to the Petitioning Creditors*

**Dated: Brooklyn, New York**
**November 13, 2026**

Elizabeth S. Stong
United States Bankruptcy Judge