UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | |
| | Case No.: 25-45169 (ESS) |
| Madwell LLC | |
| dba Starfish Projects, | (Chapter 7) |
| | (Involuntary) |
| Debtor. | |

# NOTICE OF APPOINTMENT OF TRUSTEE

To: Debra Kramer, Esq.
Debra Kramer, PLLC
10 Gingerbread Lane
East Hampton, NY 11937

On November 13, 2026, the Bankruptcy Court entered an Order for Relief in the above-captioned case, which commenced as an involuntary chapter 7 case on October 27, 2026. Therefore, the United States Trustee hereby appoints you as interim trustee in the case under 11 U.S.C. § 701(a).

You are covered by the Chapter 7 Blanket Bond, issued by the Liberty Mutual Insurance Company, which is on file with the Office of the United States Trustee for the Eastern District of New York, Brooklyn, New York. *See* 11 U.S.C. § 322(a) and Fed. R. Bankr. P. 2010. In addition, because your blanket acceptance of appointment is on file, you are required to notify the undersigned in writing within seven days after receipt of this notice only if you reject this appointment. *See* Fed. R. Bankr. P. 2008 and 2010(a).

Dated: New York, New York
November 19, 2026

WILLIAM K. HARRINGTON
UNITED STATES TRUSTEE, REGION 2

By: /s/ Marylou Martin_________
Marylou Martin
Assistant United States Trustee
201 Varick Street, Suite 1006
New York, NY 10014
Phone: 212.510.0500
Facsimile: 212.668.2361
Email: Marylou.Martin@usdoj.gov